# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| OLD REPUBLIC INSURANCE COMPANY, Plaintiff, v. XL INSURANCE AMERICA, INC., Defendant. | Case No.: 22-cv-00394-WQH-BGS **ORDER GRANTING IN PART JOINT MOTION TO CONTINUE DATES AND DEADLINES SET FORTH IN THE COURT'S ORDER CONTINUING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |
|---|---|

On May 5, 2022, the parties filed a Joint Motion to Continue Dates and Deadlines Set Forth in the Court's Order Continuing Early Neutral Evaluation and Case Management Conference ("ENE/CMC"). (ECF No. 14.) The parties requested to move the July 1, 2022 ENE/CMC and the ENE Brief deadline, but indicated that "[t]he current June 10, 2022 deadline for Initial Disclosures and the current June 17, 2022 deadline to file a Joint Discovery Plan would stay the same." (*Id.* at 2.) The parties indicated that this request is based on "the unavailability of a key individual on Plaintiff's side who is critical to settlement" for the July 1, 2022 date. (*Id.*)

Accordingly, the Joint Motion (ECF No. 14) is **GRANTED IN PART**. The ENE/CMC set for July 1, 2022 at 2:00 PM is **CONTINUED** to **August 1, 2022 at 2:00 PM**. The ENE/CMC will still be held by video conference. No later than **July 18, 2022**, the parties must submit confidential statements of seven pages or less directly to Judge Skomal. Please also attach address relevant exhibits. The statement must address the legal and factual issues in the case and should focus on issues most pertinent to settling the

matter. Statements do not need to be filed or served on opposing counsel. The statement must also include any prior settlement offer or demand, as well as the offer or demand the party will make at the ENE. The Court will keep this information confidential unless the party authorizes the Court to share the information with opposing counsel. **ENE statements must be emailed to efile_Skomal@casd.uscourts.gov.**

**IT IS SO ORDERED**.

Dated: May 9, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge