**MICHELMAN & ROBINSON, LLP**
SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
10880 Wilshire Blvd., Suite 1900
Los Angeles, CA 90024
Telephone: 310-229-5500

ROBERT N. BERG (SBN 99319)
rberg@mrllp.com
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: 415-882-7770

KELLY M. HAGEMANN (SBN 241069)
khagemann@mrllp.com
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone: 714-557-7990

Attorneys for Plaintiff OLD REPUBLIC INSURANCE COMPANY

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>XL INSURANCE AMERICA, INC.; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:22-CV-00394-WQH-BGS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. William Q. Hayes<br>Mag. Judge: Hon. Bernard G. Skomal |

*Additional Counsel:*

RONALD D. KENT (SBN 100717)
ronald.kent@dentons.com
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660
Telephone: 213-892-5030
Facsimile: 949-732-3718

JAE K. PARK (SBN 234474)
jae.park@dentons.com
NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA 92121
Telephone: 619 236 1414
Facsimile: 619 232 8311

Attorneys for Defendant XL INSURANCE AMERICA, INC.

Plaintiff OLD REPUBLIC INSURANCE COMPANY ("Old Republic") and Defendant XL INSURANCE AMERICA, INC. ("XL Insurance") (collectively, Old Republic and XL Insurance are referred to herein as the "Parties"), by and through their respective counsel of record, hereby inform the Court that the Parties recently reached a settlement of the above-captioned action at a mediation conducted on January 7, 2023, in principle, subject to memorialization.

The Parties are diligently working to memorialize the terms and conditions of the agreed-upon settlement, and anticipate completing those efforts on or before January 31, 2023. Once an agreement is finalized and fully executed, the Parties will promptly file a joint motion to dismiss the above-captioned action, with prejudice, in accordance with Judge Hayes' Civil Pretrial and Trial Procedures, which state, in relevant part:

**SETTLEMENT**

> If the parties settle a case, counsel must immediately notify the magistrate judge of the settlement. If the magistrate judge does not set a deadline for the filing of a "Joint Motion to Dismiss," the parties must file the "Joint Motion to Dismiss" and email a proposed order to this Court within twenty-eight (28) days of the settlement.

By virtue of this Joint Notice of Settlement, the Parties respectfully request that the Court vacate all dates and deadlines for this action, in order to enable the Parties sufficient time to finalize an agreement memorializing the settlement.

**[SIGNATURES ON FOLLOWING PAGE]**

|     |                          |     |                                   |
| --- | ------------------------ | --- | --------------------------------- |
| 1   |                          |     | MICHELMAN & ROBINSON, LLP         |
| 2   | Date: January 10, 2023   | By: | */s/ Kelly M. Hagemann*           |
|     |                          |     | SANFORD L. MICHELMAN              |
|     |                          |     | ROBERT N. BERG                    |
|     |                          |     | KELLY M. HAGEMANN                 |
|     |                          |     | Attorneys for Plaintiff           |
|     |                          |     | OLD REPUBLIC INSURANCE COMPANY    |
|     |                          |     |                                   |
|     |                          |     | DENTONS US LLP                    |
|     |                          |     |                                   |
| 8   | Date: January 10, 2023   | By: | */s/ Norman M. Aspis*             |
|     |                          |     | RONALD D. KENT                    |
|     |                          |     | JAE K. PARK                       |
|     |                          |     | NORMAN M. ASPIS                   |
|     |                          |     | Attorneys for Defendant           |
|     |                          |     | XL INSURANCE AMERICA, INC.        |