**MICHELMAN & ROBINSON, LLP**
SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
10880 Wilshire Blvd., Suite 1900
Los Angeles, CA 90024
Telephone: 310-229-5500

ROBERT N. BERG (SBN 99319)
rberg@mrllp.com
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: 415-882-7770

KELLY M. HAGEMANN (SBN 241069)
khagemann@mrllp.com
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone: 714-557-7990

Attorneys for Plaintiff OLD REPUBLIC INSURANCE COMPANY

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>XL INSURANCE AMERICA, INC.; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:22-CV-00394-WQH-BGS<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS**<br><br>Judge: Hon. William Q. Hayes<br>Mag. Judge: Hon. Bernard G. Skomal |

*Additional Counsel:*

RONALD D. KENT (SBN 100717)
ronald.kent@dentons.com
DENTONS US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660
Telephone: 213-892-5030
Facsimile: 949-732-3718

JAE K. PARK (SBN 234474)
jae.park@dentons.com
NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA 92121
Telephone: 619 236 1414
Facsimile: 619 232 8311

Attorneys for Defendant XL INSURANCE AMERICA, INC.

The undersigned hereby advise the Court that pursuant to FRCP 41(a)(1)(A)(ii) and the matter having been settled amicably, Plaintiff dismisses, with prejudice, all claims asserted by it in this action against Defendant. Each party to bear its own fees and costs.

                                      Respectfully submitted:
                                      MICHELMAN & ROBINSON, LLP

Date: February 16, 2023     By:    */s/ Kelly M. Hagemann*
                                                     SANFORD L. MICHELMAN
                                                     ROBERT N. BERG
                                                     KELLY M. HAGEMANN
                                                     Attorneys for Plaintiff
                                                     OLD REPUBLIC INSURANCE COMPANY

                                                     DENTONS US LLP

Date: February 16, 2023     By:    */s/ Jae K. Park*
                                                       RONALD D. KENT
                                                     JAE K. PARK
                                                     NORMAN M. ASPIS
                                                     Attorneys for Defendant
                                                   XL INSURANCE AMERICA, INC.